UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAYE TURNER, PLENARY GUARDIAN OF THE ESTATE AND PERSON OF JOHN JOHNSON, A DISABLED PERSON,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   No. 09 C 4606<br><br>  Judge Tharp |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Compromise Settlement and Release signed by the parties, the plaintiff submits this stipulation of dismissal, signed by all parties, dismissing the action with prejudice.

Attorney for Plaintiff:

By: /s John F. Winters, Jr.
JOHN F. WINTERS, JR.
Winters, Salzetta & O'Brien, L.L.C.
111 West Washington Street, Suite 1200
Chicago, Illinois 60602
(312) 236-6324
jwinters@wesolaw.com

Attorney for Defendant:

GARY S. SHAPIRO
United States Attorney

By: /s Eric S. Pruitt
ERIC S. PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
eric.pruitt@usdoj.gov